# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-1730
Lower Tribunal No. 2019-CA-006548-O

_____

MARIA J. LOZANO and CENTRAL FLORIDA PSYCHIATRIC ASSOCIATES, P.A.,

Appellants,

v.

FARAH PROPERTIES, INC.,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
John E. Jordan, Judge.

March 5, 2024

PER CURIAM.

AFFIRMED.

SMITH, MIZE and GANNAM, JJ., concur.


Eric P. LaRue II, of The LaRue Firm, PLLC, Winter Park, for Appellant.

Robert J. Stovash and Joseph E. Somake, of Stovash, Case, Shay & Pearce, P.A., Orlando, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED